# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 98-3985

_____

| | | |
|---|---|---|
| United States of America, | * | |
| | * | |
| Appellee, | * | |
| | * | Appeal from the United States |
| v. | * | District Court for the |
| | * | Western District of Missouri. |
| Juan F. Torres, | * | |
| | * | **[UNPUBLISHED]** |
| Appellant. | * | |

_____

Submitted: July 7, 1999
Filed: July 12, 1999

_____

Before McMILLIAN, LOKEN, and MURPHY, Circuit Judges.

_____

PER CURIAM.

Juan F. Torres appeals the district court's[1] order denying his motion under Federal Rule of Criminal Procedure 6(e)(3)(C)(i) for the disclosure of grand jury material. Torres requested the grand jury material in order to prove some defect may have occurred in his indictment, and to assist him in filing a second 28 U.S.C. § 2255 motion. Having carefully reviewed the record and the parties' briefs, we conclude the district court did not abuse its discretion. We agree with the district court that, among

_____

[1]The HONORABLE DEAN WHIPPLE, United States District Judge for the Western District of Missouri.

other bases for denying relief, Torres did not adequately state a particularized need for the material he requested.  See United States v. Warren, 16 F.3d 247, 253 (8th Cir. 1994).  Accordingly, we affirm.  See 8th Cir. R. 47B.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.